## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RONALD MCLEOD,                                    :    CASE NO.  3:02CV1397(RNC)
    *Plaintiff,*                              :
                                                          :
    v.                                         :

STATE OF CONNECTICUT,                             :
DEPARTMENT OF SOCIAL SERVICES,                    :
    *Defendant.*                              :    NOVEMBER 7, 2003

### DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

COMES NOW the Defendant pursuant to Rule 56 of the Federal Rules of Civil

Procedure, hereby move for summary judgment in their favor because the evidence submitted

herewith shows that there is no genuine issue of material fact in dispute and, as a matter of law,

the Plaintiff cannot sustain his burden of proof that the Defendant has violated his rights under

federal law.

                                          DEFENDANT,
                                          STATE OF CONNECTICUT
                                          DEPARTMENT OF SOCIAL SERVICES

                                          RICHARD BLUMENTHAL
                                          ATTORNEY GENERAL

By:        *(signature)*
                                        Tammy D. Geathers
                                        Assistant Attorney General
                                        Federal Bar # ct22426
                                        55 Elm Street, P.O. Box 120
                                        Hartford, CT 06141-1020
                                        Tel.: (860) 808-5340
                                        Fax: (860) 808-5383
                                        E-mail: Tammy.Geathers@po.state.ct.us

1

## CERTIFICATION

I hereby certify that the foregoing Motion for Summary Judgment, was mailed first class, postage pre-paid this 7th day of November, 2003, to:

William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East,
Fairfield, CT 06430
Tel.: (203) 367-7922

Tammy D. Geathers
Assistant Attorney General