FILED

2003 NOV 20  A  9: 47

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RONALD McLEOD                 :    DN. 3:02CV1397 (RNC)

V.                            :

STATE OF CONNECTICUT          :    November 19, 2003


### CONSENT MOTION TO EXTEND TIME

Plaintiff moves pursuant to Local Civ. R. 9(b)(2) to extend the time to reply to defendant's motion for summary judgment, dated Nov. 7, 2003, until Jan. 15, 2004, and represents:

1.   This is the first extension sought for a reply to the motion for summary judgment.

2.   Counsel for the defendant was contacted on November 19, 2003 and consents to the extension.  See affidavit of William B. Barnes, attached.

3.   This Title VII action is based on several different theories of discrimination and retaliation and arises out of several different incidents.  The facts are hotly contested.

4.   To resist Defendant's motion for summary judgment, Plaintiff must produce sufficient evidence from which a

reasonable jury could return a verdict in his favor.  Anderson v. Liberty Lobby, 477 U.S. 242, 248, 106 S.Ct. 25205, 91 L.Ed.2d 202 (1986).  A nonmovant may not rely on conclusory allegations or unsubstantiated speculation.  Scotto v. Almenas, 143 F.3d 105, 114 (2d Cir. 1998).  The court is under no obligation to perform an independent review of the record to find factual disputes. Amnesty America v. Town of West Hartford, 288 F.3d 467, 470 (2d Cir. 2002).  The nonmovant must search the record and provide references to it in his Local R. 56(a)2 statement.  Local R. 56(a)2; Amnesty America, 288 F.3d at 470.

5.    Defendant's motion, memorandum and Local R. 56(a)1 statement are fifty pages long.  Defendant's memorandum has twenty-four exhibits totaling 832 pages.  Nor is this the full record.

6.    Plaintiff will necessarily spend many hours searching the record and writing his memorandum in opposition.  Due to the press of business and other factors, as set forth in counsel's affidavit, Plaintiff will not be able to submit his memorandum, Rule 56(a)2 statement and exhibits in twenty-one days, or by Nov. 28, 2003.  Plaintiff will need until Jan. 15, 2004.

WHEREFORE, for all of the accompanying reasons, and those set forth in the accompanying affidavit, Plaintiff respectfully moves on consent for an order granting him until Jan. 15, 2004, to file his opposition to defendants' motion for summary judgment.

THE PLAINTIFF
RONALD McLEOD

By: _____
WILLIAM B. BARNES, ESQ.
(CT0268)
Rosenstein & Barnes
1100 Kings Hwy. East
P.O. Box 687
Fairfield, CT 06432
Tel (203) 367-7922
Fax (203) 367-8110
E-mail wbarnes@rosenbar.com

## CERTIFICATION

A copy of the foregoing was mailed first class mail, postage paid, on November 19, 2003, to the following counsel and pro se parties of record:

Tammy D. Geathers, Esq.
Asst. Attorney General
55 Elm St.,
P.O. Box 120
Hartford, CT 06141-0120

_____
WILLIAM B. BARNES, ESQ.