UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RONALD McLEOD           :    DN. 3:02CV1397 (RNC)

V.                      :

STATE OF CONNECTICUT    :    November 19, 2003

## CONSENT MOTION TO EXTEND TIME

Plaintiff moves pursuant to Local Civ. R. 9(b)(2) to extend the time to reply to defendant's motion for summary judgment, dated Nov. 7, 2003, until Jan. 15, 2004, and represents:

1.  This is the first extension sought for a reply to the motion for summary judgment.

2.  Counsel for the defendant was contacted on November 19, 2003 and consents to the extension. See affidavit of William B. Barnes, attached.

3.  This Title VII action is based on several different theories of discrimination and retaliation and arises out of several different incidents. The facts are hotly contested.

4.  To resist Defendant's motion for summary judgment, Plaintiff must produce sufficient evidence from which a

*[handwritten margin note: granted. So ordered. 11/21/03]*