31

2004 JAN 23 A 10: 36

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RONALD McLEOD           :   DN. 3:02CV1397 (RNC)

V.                      :

STATE OF CONNECTICUT    :   January 22, 2004

### CONSENT MOTION TO EXTEND TIME

Plaintiff moves pursuant to Local Civ. R. 9(b) to extend the time to reply to defendant's motion for summary judgment, dated Nov. 7, 2003, until Feb. 13, 2004, and represents:

1.  This is the second extension sought for a reply to the motion for summary judgment.

2.  Counsel for the defendant was contacted on Jan. 21, 2004, and consents to the extension. See affidavit of William B. Barnes, attached.

3.  This Title VII action is based on several different

---

January 26, 2004.   Ronald McLeod v. State of Connecticut
                    Case Number 3:02CV1397(RNC)

Consent Motion to Extend Time [Doc. #31]

Granted. Counsel are reminded that motions for extension of time must be filed 5 days prior the deadline in question. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED 2004 JAN 26 P 2: [??]
U.S. DISTRICT COURT
HARTFORD, CT.