UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RONALD McLEOD              :    DN. 3:02CV1397 (RNC)

V.                         :

STATE OF CONNECTICUT       :    MARCH 24, 2004

### MOTION TO EXTEND TIME

Plaintiff moves pursuant to Local Civ. R. 9(b) to extend the time to reply to defendant's motion for summary judgment, dated Nov. 7, 2003, until April 22, 2004, and represents:

1. This is the third extension sought for a reply to the motion for summary judgment.

2. Counsel for the defendant was contacted on March 24, 2004, and takes no position with regard to the extension. See affidavit of William B. Barnes, attached.

3. This Title VII action is based on several different theories of discrimination and retaliation and arises out of several different incidents. The facts are hotly contested.

4. To resist Defendant's motion for summary judgment, Plaintiff must produce sufficient evidence from which a

reasonable jury could return a verdict in his favor.  <u>Anderson v. Liberty Lobby</u>, 477 U.S. 242, 248, 106 S.Ct. 25205, 91 L.Ed.2d 202 (1986).  A nonmovant may not rely on conclusory allegations or unsubstantiated speculation.  <u>Scotto v. Almenas</u>, 143 F.3d 105, 114 (2d Cir. 1998).  The court is under no obligation to perform an independent review of the record to find factual disputes.  <u>Amnesty America v. Town of West Hartford</u>, 288 F.3d 467, 470 (2d Cir. 2002).  The nonmovant must search the record, and cite references to the record, in his Local R. 56(a)2 statement.  Local R. 56(a)2; <u>Amnesty America</u>, 288 F.3d at 470.

    5.   Defendant's motion, memorandum and Local R. 56(a)1 statement are fifty pages long.  Defendant's memorandum has twenty-four exhibits totaling 832 pages, and this is not the full record.

    6.   Plaintiff has spent many hours searching the record and writing his memorandum in opposition.  Due to the press of business and other factors, as set forth in counsel's affidavit, Plaintiff cannot conveniently submit his memorandum, Rule 56(a)2 statement and exhibits, before April 22, 2004.

WHEREFORE, for all of the accompanying reasons, and those set forth in the accompanying affidavit, Plaintiff respectfully moves on consent for an order granting him until April 22, 2004, to file his opposition to defendants' motion for summary judgment.

                                    THE PLAINTIFF
                                    RONALD McLEOD

                                By:_____
                                WILLIAM B. BARNES, ESQ.
                                    (CT0268)
                                Rosenstein & Barnes
                                1100 Kings Hwy. East
                                P.O. Box 687
                                Fairfield, CT 06432
                                Tel (203) 367-7922
                                Fax (203) 367-8110
                                wbarnes@rosenbar.com

## **CERTIFICATION**

    A copy of the foregoing was mailed first class mail, postage paid, on March 24, 2004, to the following counsel and pro se parties of record:

Tammy D. Geathers, Esq.
Asst. Attorney General
55 Elm St.,
P.O. Box 120
Hartford, CT 06141-0120

                                                    _____
                                                    WILLIAM B. BARNES, ESQ.