#33

FILED
2004 MAR 25  A 11: 0
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD McLEOD | : | DN. 3:02CV1397 (RNC) |
| V. | : | |
| STATE OF CONNECTICUT | : | MARCH 24, 2004 |

## MOTION TO EXTEND TIME

Plaintiff moves pursuant to Local Civ. R. 9(b) to extend the time to reply to defendant's motion for summary judgment, dated Nov. 7, 2003, until April 22, 2004, and represents:

1. This is the third extension sought for a reply to the motion for summary judgment.

2. Counsel for the defendant was contacted on March 24, 2004, and takes no position with regard to the extension. See affidavit of William B. Barnes, attached.

3. This Title VII action is based on several different theories of discrimination and retaliation and arises out of several different incidents. The facts are hotly contested.

4. To resist Defendant's motion for summary judgment, Plaintiff must produce sufficient evidence from which a

[handwritten margin note: 3/29/04 Granted until April 7, 2004 for reply. So ordered.]