FILED

2004 APR -8 A 11: 04

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD McLEOD | : | DN. 3:02CV1397 (RNC) |
| V. | : | |
| STATE OF CONNECTICUT | : | APRIL 7, 2004 |

**MOTION TO EXTEND TIME**

Plaintiff moves pursuant to Local Civ. R. 9(b) to extend the time to reply to defendant's motion for summary judgment, dated Nov. 7, 2003, until April 12, 2004, and represents:

1. This is the fourth extension sought for a reply to the motion for summary judgment.

2. Counsel for the defendant was contacted on April 7, 2004, and has agreed to the extension.

3. This Title VII action is based on several different theories of discrimination and retaliation and arises out of several different incidents. The facts are hotly contested.

4. To resist Defendant's motion for summary judgment, Plaintiff must produce sufficient evidence from which a

reasonable jury could return a verdict in his favor. <u>Anderson v. Liberty Lobby</u>, 477 U.S. 242, 248, 106 S.Ct. 25205, 91 L.Ed.2d 202 (1986). A nonmovant may not rely on conclusory allegations or unsubstantiated speculation. <u>Scotto v. Almenas</u>, 143 F.3d 105, 114 (2d Cir. 1998). The court is under no obligation to perform an independent review of the record to find factual disputes. <u>Amnesty America v. Town of West Hartford</u>, 288 F.3d 467, 470 (2d Cir. 2002). The nonmovant must search the record, and cite references to the record, in his Local R. 56(a)2 statement. Local R. 56(a)2; <u>Amnesty America</u>, 288 F.3d at 470.

5. Defendant's motion, memorandum and Local R. 56(a)1 statement are fifty pages long. Defendant's memorandum has twenty-four exhibits totaling 832 pages, and this is not the full record.

6. Plaintiff has spent many hours searching the record and writing his memorandum in opposition. However, due to the press of business, attending back to back depositions in other matters and contracting a computer virus yesterday which prevented all work on the matter until 10:00 p.m., Plaintiff

cannot conveniently submit his memorandum, Rule 56(a)2 statement and exhibits, before April 12, 2004.

WHEREFORE, for all of the accompanying reasons, Plaintiff respectfully moves on consent for an order granting him until April 12, 2004, to file his opposition to defendants' motion for summary judgment.

> THE PLAINTIFF
> RONALD McLEOD
>
> By: *William B Barnes*
> WILLIAM B. BARNES, ESQ.
>         (CT0268)
> Rosenstein & Barnes
> 1100 Kings Hwy. East
> P.O. Box 687
> Fairfield, CT 06432
> Tel (203) 367-7922
> Fax (203) 367-8110
> wbarnes@rosenbar.com