FILED

2004 APR 14  A 11: 02

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RONALD McLEOD           :    DN. 3:02CV1397 (RNC)

V.                      :

STATE OF CONNECTICUT    :    APRIL 12, 2004

### NOTICE OF FILING HARD COPY OF EXHIBITS

Plaintiffs submitted hard copies of exhibits A-AD only, attached to his affidavit, because these exhibits could not readily be transferred to a disc or CD.

THE PLAINTIFF
RONALD McLEOD

By: _____
WILLIAM B. BARNES, ESQ.
    (CT0268)
Rosenstein & Barnes
1100 Kings Hwy. East
P.O. Box 687
Fairfield, CT 06432
Tel (203) 367-7922
Fax (203) 367-8110
wbarnes@rosenbar.com

## **CERTIFICATION**

A copy of the foregoing was mailed first class mail, postage paid, on April 13, 2004, to the following counsel and pro se parties of record:

Tammy D. Geathers, Esq.
Asst. Attorney General
55 Elm St.,
P.O. Box 120
Hartford, CT 06141-0120

_____
WILLIAM B. BARNES, ESQ.