35

FILED
2004 APR -8 A 11: 04
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RONALD McLEOD              :   DN. 3:02CV1397 (RNC)

V.                         :

STATE OF CONNECTICUT       :   APRIL 7, 2004

### MOTION TO EXTEND TIME

Plaintiff moves pursuant to Local Civ. R. 9(b) to extend the time to reply to defendant's motion for summary judgment, dated Nov. 7, 2003, until April 12, 2004, and represents:

1. This is the fourth extension sought for a reply to the motion for summary judgment.

2. Counsel for the defendant was contacted on April 7, 2004, and has agreed to the extension.

3. This Title VII action is based on several different theories of discrimination and retaliation and arises out of several different incidents. The facts are hotly contested.

4. To resist Defendant's motion for summary judgment, Plaintiff must produce sufficient evidence from which a

FILED
2004 APR 15 A 10: 37
U.S. DISTRICT COURT
HARTFORD, CT.