UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD McLEOD | : | CIV. NO. 3:02CV1397(RNC) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF SOCIAL SERVICES | : | November 3, 2004 |
| *Defendant* | | |

## MOTION FOR COSTS

Defendant's motion for summary judgment was granted on September 30, 2004 (Doc. # 38). Judgment in this matter was entered on October 1, 2004. (Doc. # 39). Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendant, who is the prevailing party in the above-captioned case, respectfully request that

a. The court assess costs in this action in the amount of $1,899.75 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

|  |  |
|---|---|
|  | DEFENDANT<br>DEPARTMENT OF SOCIAL SERVICES |
|  | RICHARD BLUMENTHAL<br>ATTORNEY GENERAL |
| BY: | _____<br>Tammy D. Geathers<br>Assistant Attorney General<br>Federal Bar # ct22426<br>55 Elm Street, P.O. Box 120<br>Hartford, CT  06141-0120<br>Tel:  (860) 808-5340<br>Fax: (860) 808-5383<br>E-mail: Tammy.Geathers@po.state.ct.us |

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion for Costs** with exhibits A and B attached was mailed, U.S. mail first class postage prepaid, this     3rd     day of November, 2004 to all counsel of record.

    William B. Barnes, Esq.
    Rosenstein & Barnes
    1100 Kings Highway East, P.O. Box 687
    Suite 1C
    Fairfield, CT  06430
    Tel.: (203) 367-7922

_____
Tammy D. Geathers
Assistant Attorney General

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RONALD McLEOD | : | CIV. NO. 3:02CV1397(RNC) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF SOCIAL SERVICES | : | November 3, 2004 |
| *Defendant* | | |

**BILL OF COSTS**

1. Fees of the Court Reporter .......................................... $ 699.50
    Deposition of Ronald McLeod
    July 22, 2003 -- invoice attached

2. Fees of the Court Reporter…………………………… $ 213.50
    Deposition of Brenda Harris
    July 25, 2003 --  invoice attached

3. Fees of the Court Reporter …………………………. $ 183.75
    Deposition of Michael Carey
    July 29, 2003 --  invoice attached

4. Fees of the Court Reporter ……………………………. $ 337.75
    Deposition of Lynn Gelzheiser
    Vol. I, July 24, 2003 --  invoice attached

5. Fees of the Court Reporter ……………………………. $ 197.75
    Deposition of Lynn Gelzheiser
    Vol. II, July 29, 2003 --  invoice attached

6. Fees of the Court Reporter ……………………………. $  78.75
    Deposition of Rudolph Jones
    July 28, 2003  --  invoice attached

7. Fees of the Court Reporter …………………………. $ 190.75
    Deposition of Frances Freer
    July 21, 2003 --  invoice attached

        **TOTAL**                                  **$1,899.75**

EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD McLEOD<br>    *Plaintiff*, | : | CIV. NO. 3:02CV1397(RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF SOCIAL SERVICES<br>    *Defendant* | :<br>: | November 3, 2004 |

## CERTIFICATION

    I, Tammy D. Geathers, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendant in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Tammy D. Geathers
Assistant Attorney General

    Subscribed and sworn to before me by the above affiant on this the 3rd day of November, 2004.

_____
Notary Public/Commissioner of the Superior Court

4