```
                                                              Page 1

 1                      STATE OF CONNECTICUT
 2
 3    * * * * * * * * * * * * * * *
                                    *
 4    RON MCLEOD,                   *
            PLAINTIFF,              *
 5                                  *
      VS.                           *
 6                                  *
      DEPARTMENT OF SOCIAL SERVICES,*
 7          DEFENDANT.              *
                                    *
 8    * * * * * * * * * * * * * * *
 9
10
11    -----------------------------------------------------------
                    DEPOSITION OF:  RON MCLEOD
12    -----------------------------------------------------------
13
14
15
             Taken before Dawn Kent, Stenographer and Notary
16    Public in and for the State of Connecticut, pursuant to
      Notice, at the office of the Attorney General, 55 Elm
17    Street, Hartford, Connecticut, on July 22, 2003, commencing
      at 10:30 a.m.
18
19
20
                     Brandon Smith Reporting Service
21                         44 Capitol Avenue
                      Hartford, Connecticut  06106
22                     Phone:  (860) 549-1850
                        Fax:   (860) 549-1537
23
24
25
```

COPY

# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Wednesday, August 06, 2003 | 5615BL |

Tammy D. Geathers
Attorney General
55 Elm Street
4th Floor Conference Room
Hartford, CT 06106

Phone:    (860) 808-5050     Fax:

**Witness:**
**Case:**   McLeod vs. DSS
**Venue:**
**Case #:**
**Date:**   7/22/2003
**Start Time:**   10:00 AM
**End Time:**   :0
**Reporter:**   Dawn Kent
**Claim #:**
**File #:**                                                                 6920ss

| Description | Quan | Total |
|---|---|---|
| Original and two copies | 166 | $655.70 |
| Attorney General-Appearance | 1 | $75.00 |
| Sub Total | | $730.70 |
| Payments | | $0.00 |
| Balance Due | | $730.70 |

*[handwritten: OK to pay / [signature] / 8/18/03]*

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

```
 1
 2                    SHIRLEY SAMBROOK -- COURT REPORTER
                          314 Shoreham Village Drive
 3                          Fairfield, CT    06824
                                203   259-5903
 4

 5

 6   DATE: JULY 31, 2003

 7   TAMMY GAETHERS, ESQ.
     ASSISTANT ATTORNEY GENERAL
 8   OFFICE OF ATTORNEY GENERAL
     55 ELM STREET
 9   HARTFORD, CONNECTICUT 06141-0120

10

11          RE DOCKET NO. 3:02 CV 1397 (RNC)
                   MC LEOD VS. STATE OF CT
12                      JULY 25, 2003

13
          DEPOSITION:  BRENDA HARRIS
14                     TRANSCRIPT - 122 PAGES
                       ONE COPY
15

16                       APPEARANCE       $
                         DEPOSITION              213.50
17                       ASCII DISK
                         SUB-TOTAL        $      213.50
18                       SALES'S TAX
                         TOTAL            $      213.50
19

20

21

22

23

24

25
```

```
 1
 2            SHIRLEY SAMBROOK -- COURT REPORTER
                 314 Shoreham Village Drive
 3                  Fairfield, CT    06824
                        203   259-5903
 4
 5
 6  DATE: AUGUST 4, 2003
 7  TAMMY GAETHERS, ESQ.
    ASSISTANT ATTORNEY GENERAL
 8  OFFICE OF ATTORNEY GENERAL
    55 ELM STREET
 9  P.O. BOX 120
    HARTFORD, CONNECTICUT 06141-0120
10
11
           RE DOCKET NO. 3:02 CV 1397 (RNC)
12                  MC LEOD VS. STATE OF CT
                       JULY 29, 2003
13
14     DEPOSITION:  MICHAEL CAREY
                    TRANSCRIPT - 105 PAGES
15                  ONE COPY
16
                          APPEARANCE        $
                          DEPOSITION              183.75
17                        ASCII DISK
                          SUB-TOTAL        $      183.75
18                        SALES'S TAX
                          TOTAL            $      183.75
19
20
21
22
23
24
25
```

```
 1
 2            SHIRLEY SAMBROOK -- COURT REPORTER
 3                  314 Shoreham Village Drive
                      Fairfield, CT   06824
 4                       203   259-5903
 5
 6  DATE: AUGUST 6, 2003
 7  TAMMY GAETHERS, ESQ.
    ASSISTANT ATTORNEY GENERAL
 8  OFFICE OF ATTORNEY GENERAL
    55 ELM STREET
 9  P.O. BOX 120
    HARTFORD, CONNECTICUT 06141-0120
10
11
               RE DOCKET NO. 3:02 CV 1397 (RNC)
12                    MC LEOD VS. STATE OF CT
                         JULY 24, 2003
13
14         DEPOSITION:   LYNN GELZHEISER
                         TRANSCRIPT - 193 PAGES
15                       VOLUME I
                         ONE COPY
16
17                       APPEARANCE       $
                         DEPOSITION                  337.75
18                       ASCII DISK
                         SUB-TOTAL        $          337.75
19                       SALES'S TAX
                         TOTAL            $          337.75
20
    I COULD NOT LOCATE MY COPY OF THIS INVOICE, DATED JULY 29,
21  2003.  IN THE EVENT ONE DID NOT ACCOMPANY THE TRANSCRIPT
    THIS INVOICE SHOULD APPLY TO THAT PARTICULAR VOLUME I, OF
22  MS. GELZHEISER.
    IF, INDEED, YOU DID RECEIVE AN ACCOMPANYING INVOICE, PLEASE
23  IGNORE THIS ONE.
24  [signature]
25
```

```
 1
 2
              SHIRLEY SAMBROOK -- COURT REPORTER
 3               314 Shoreham Village Drive
                    Fairfield, CT   06824
 4                     203   259-5903

 5

 6  DATE:   AUGUST 6, 2003

 7  TAMMY GAETHERS, ESQ.
    ASSISTANT ATTORNEY GENERAL
 8  OFFICE OF ATTORNEY GENERAL
    55 ELM STREET
 9  P.O. BOX 120
    HARTFORD, CONNECTICUT  06141-0120
10

11
              RE DOCKET NO. 3:02 CV 1397 (RNC)
12                    MC LEOD VS. STATE OF CT
                         JULY 29, 2003
13

14       DEPOSITION:   LYNN GELZHEISER
                       TRANSCRIPT - 113 PAGES
15                     VOLUME II
                       ONE COPY
16

17                          APPEARANCE      $
                            DEPOSITION              197.75
18                          ASCII DISK
                            SUB-TOTAL      $        197.75
19                          SALES'S TAX
                            TOTAL          $        197.75
20
21
22         approved for
           payment
23         10/14/03
           [signature]
24

25
```

```
 1
 2
                SHIRLEY SAMBROOK -- COURT REPORTER
 3                 314 Shoreham Village Drive
                      Fairfield, CT  06824
 4                       203  259-5903

 5
 6  DATE:  JULY 31, 2003

 7  TAMMY GAETHERS, ESQ.
    ASSISTANT ATTORNEY GENERAL
 8  OFFICE OF ATTORNEY GENERAL
    55 ELM STREET
 9  P.O. BOX 120
    HARTFORD, CONNECTICUT 06141-0120
10

11
           RE DOCKET NO. 3:02 CV 1397 (RNC)
12                 MC LEOD VS. STATE OF CT
                       JULY 28, 2003
13

14         DEPOSITION:  RUDOLPH JONES
                        TRANSCRIPT - 45 PAGES
15                      ONE COPY

16
                        APPEARANCE       $
17                      DEPOSITION              78.75
                        ASCII DISK
18                      SUB-TOTAL        $      78.75
                        SALES'S TAX
19                      TOTAL            $      78.75

20
21
22
23
24
25
```

[Handwritten notes:]

[signature] ok to pay

1/29 - send copies to Mc Gathers —

Sofie Ruka 424-4856 —
Michael Leron 860-424-5766
                        5555

Social Services   25 Sigourney St
                  Htfd 06106
Dir. Fiscal Analysis - 860-424-5842    Lee #
                                       1158%

```
                SHIRLEY SAMBROOK -- COURT REPORTER
                    314 Shoreham Village Drive
                       Fairfield, CT   06824
                         203   259-5903


DATE:  JULY 24, 2003

TAMMY GAETHERS, ESQ.
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
55 ELM STREET
HARTFORD, CONNECTICUT 06141-0120


          RE DOCKET NO. 3:02CV1397 (RNC)
                 MC LEOD VS. STATE OF CT
                 JULY 21, 2003


     DEPOSITION:  FRANCES FREER
                  TESTIMONY - 109 PAGES
                  ONE COPY


                       APPEARANCE       $
                       DEPOSITION                190.75
                       ASCII DISK
                       SUB-TOTAL        $        190.75
                       SALES'S TAX
                       TOTAL            $        190.75
```

*approved for payment* [signature] 10/14/03

hand delivered 7-25 at R;B

860 808-5340    ATT - Anne Coombs
10-8-03